# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

FRANK AMICHIA,

        Plaintiff,

vs.

BONNIE POLLEY, etc., *et al.*,

        Defendants.

Case No. 2:11-cv-221-KJD

**ORDER**

Plaintiff, an inmate proceeding *pro se*, has submitted a Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (#1-1).  Plaintiff also submitted an Application to Proceed *In Forma Pauperis* (#1).  He did not include a signed financial certificate on the proper form or a copy of his inmate trust account statement, as required by 28 U.S.C. §1915(a)(2) and Local Rule LSR 1-2.

**IT IS THEREFORE ORDERED** that Plaintiff shall file a **NEW** Application to Proceed *in Forma Pauperis*, accompanied by a signed and executed financial certificate and a statement of his inmate trust account.  The Clerk of the Court shall send Plaintiff a blank application form for incarcerated litigants with instructions.  In the alternative, Plaintiff shall make the necessary arrangements to pay the filing fee of three hundred fifty dollars ($350.00), accompanied by a copy of this order.  Plaintiff shall have **thirty (30) days** from the date on which this order is entered to comply.  Failure to comply will result in the dismissal of this action.

**IT IS FURTHER ORDERED** that the Application to Proceed *In Forma Pauperis* (#1) is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall retain the complaint.

DATED: February 10, 2011.

                                              ROBERT J. JOHNSTON
                                              United States Magistrate Judge