# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

FRANK AMICHIA, )
                                    )
      Plaintiff, ) 2:11-cv-00221-KJD-RJJ
                                    )
vs. )
       ) **ORDER**
BONNIE POLLEY, *et al.*, )
                                    )
      Defendants. )
_____ /

        On February 9, 2011, plaintiff submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 (docket # 1-1). On February 10, 2011, the court issued an order denying plaintiff's incomplete application to proceed *in forma pauperis* and directing plaintiff to file a completed application to proceed *in forma pauperis* or pay the filing fee within thirty (30) days of entry of the order (docket #2). The order was served on plaintiff at his address of record. On February 18, 2011, that order was returned by the U.S. Postal Service as undeliverable.

        Pursuant to Rule 2-2 of the Local Rules of Special Proceedings and Appeals, a *pro se* litigant is required to keep the court apprised of his or her current address at all times. Local Rule 2-2 states: "The plaintiff shall immediately file with the court written notification of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure

1  to comply with this rule may result in dismissal of the action with prejudice." Accordingly, as plaintiff
2  has failed to file written notification of change of address with the court, this action is dismissed.
3       **IT IS THEREFORE ORDERED** that this action is **DISMISSED**.
4       **IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close
5  this case.
6      DATED this __4th__ day of __April_____, 2011.

                        _____
                        UNITED STATES DISTRICT JUDGE