AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Frank Amichia

                Plaintiff,

V.

Bonnie Polley et al

                Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:11-CV-0221 KJD-RJJ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that this case is DISMISSED. Judgment is entered for Defendants and against Plaintiff.

| April 5, 2011 | /s/ Lance S. Wilson |
|---|---|
| Date | Clerk |
| | /s/ Eileen Sterba |
| | (By) Deputy Clerk |